UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL GRAHAM,<br><br>           Petitioner,<br><br>    v.<br><br>MATTHEW CATE,<br><br>           Respondent. | Case No. EDCV 11-1954 JC<br><br>JUDGMENT |

    In accordance with the Order Granting Motion to Dismiss, IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is dismissed.

DATED: March 29, 2012

                                                      /s/
                                      Honorable Jacqueline Chooljian
                                      UNITED STATES MAGISTRATE JUDGE